UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| WALTER WILLIAM JACKSON | ) | CASE NUMBER A06-61173-JEM |
| | ) | JAMES E. MASSEY |
| DEBTOR | ) | |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of 10/20/2009 the Trustee received a total of $21,525.00. The Trustee's records indicate the amount delinquent is $1,575.00. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 23rd day of October, 2009.

/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

**EXHIBIT "A"**

CASE NO:    A06-61173-JEM                                              10/20/2009
WALTER WILLIAM JACKSON

**RECEIPT HISTORY OVER THE LAST 12 MONTHS**

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| September 18, 2009 | PCH | 3704 | $525.00 |
| August 18, 2009 | PCH | 3620 | $525.00 |
| July 17, 2009 | PCH | 3616 | $525.00 |
| June 22, 2009 | PCH | 2609 | $525.00 |
| May 15, 2009 | PCH | 3574 | $525.00 |
| April 16, 2009 | PCH | 3564 | $525.00 |
| March 20, 2009 | PCH | 3554 | $525.00 |
| February 12, 2009 | PCH | 3505 | $525.00 |
| January 14, 2009 | PCH | 3473 | $525.00 |
| December 17, 2008 | PCH | 3453 | $525.00 |
| November 12, 2008 | PCH | 3425 | $525.00 |
| | | **Receipt Total:** | **$5,775.00** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| WALTER WILLIAM JACKSON ) | CASE NUMBER A06-61173-JEM |
| ) | JAMES E. MASSEY |
| DEBTOR ) | |

**NOTICE OF HEARING ON MOTION TO DISMISS CASE**

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **November 18, 2009** at **1:45 PM in Room 1404, Richard Russell Building, 75 Spring Street, SW, Atlanta, GA, 30303**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 23rd day of October, 2009.


/s/_____
 Nancy J. Whaley
 Standing Chapter 13 Trustee
 State Bar No. 377941
 303 Peachtree Center Avenue, NE
 Suite 120
 Atlanta, GA 30303
 678-992-1201

# CERTIFICATE OF SERVICE

Case No: A06-61173-JEM

This is to certify that I have this day served:

WALTER WILLIAM JACKSON
1423 WHITE PATH TRAIL
CANTON, GA 30114

BRIAN R. CAHN, ATTORNEY
PERROTTA CAHN AND PRIETO
5 S. PUBLIC SQUARE
CARTERSVILLE, GA 30120

In the foregoing matter with a copy of the Trustee's Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

This the 23rd day of October, 2009.

/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201